**FILED**

DEC 11 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

5:14cr296

> **Motion DENIED.**
>
> This the  5th  day of  January  , 20 16 .
>
> /s/Louise W. Flanagan, U.S. District Judge

Ms. Flanagan

I am Reginald Grant #50553-056 writting u in concern of my case to ask you for my sentencing transcript, it went so fast for me is why I am asking for a copy of written and oral if possible, also have another question is to why was I given 42 grams in my case which I objected to but my lawyer never got the oppertunity to object the investergator paper work I want to know did you read it and went over my case if you did and made that decision to take me away from my family. Judge I am asking for your mercy and the courts to please look over my case again. With all do respect I don't think I was given a fair sentence, not to disrespt you but asking you to reconsider my sentence, I had changed my whole life around and was out of the streets and providing for my family, making a honest living and living for the Lord, please consider looking over my case again I know you are very busy but I am by far not this guy it looks to be.

thank you

Reginald D. Grant